FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2022

No. 04-22-00429-CV

**TEXAS FIRST RENTALS, LLC**,
Appellant

v.

**MONTAGE DEVELOPMENT CO., LLC** and Derick Murway,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08101
Honorable Tina Torres, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on September 14, 2022. On the once-extended due date, Appellant filed an unopposed second motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on October 14, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court